```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 16503
    RENEE WALL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9151

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/13/2006 and was confirmed 03/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC    19044.00           143.71         1025.88
AETNA                     UNSECURED        NOT FILED             .00             .00
AMERICASH LOANS LLC       UNSECURED         1979.38              .00             .00
B-LINE LLC                UNSECURED          651.53              .00             .00
ARMOR SYSTEMS CORP        UNSECURED        NOT FILED             .00             .00
ARMOR SYSTEMS CORP        UNSECURED        NOT FILED             .00             .00
CBE GROUP                 UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1690.00              .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED             .00             .00
CITY OF CHICAGO INSPECTI  UNSECURED        NOT FILED             .00             .00
COOK COUNTY STATES ATTOR  UNSECURED        NOT FILED             .00             .00
CROSS COUNTRY BANK        UNSECURED        NOT FILED             .00             .00
DUNSDEMAND                UNSECURED        NOT FILED             .00             .00
COMCAST                   UNSECURED          288.81              .00             .00
PREMIER BANCARD CHARTER   UNSECURED          331.15              .00             .00
ILLINOIS BONE & JOINT CE  UNSECURED        NOT FILED             .00             .00
ILLINOIS BONE & JOINT CE  UNSECURED        NOT FILED             .00             .00
ILLINOIS DEPT OF PUBLIC   UNSECURED        NOT FILED             .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED             .00             .00
NORTHWESTERN MEDICAL FAC  UNSECURED        NOT FILED             .00             .00
NORTHWESTERN MEMORIAL HO  UNSECURED        NOT FILED             .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED             .00             .00
RCN                       UNSECURED        NOT FILED             .00             .00
REVENUE PRODUCTION MGT    UNSECURED        NOT FILED             .00             .00
ILLINOIS TOLLWAY          UNSECURED        NOT FILED             .00             .00
TARGET                    UNSECURED        NOT FILED             .00             .00
WASHINGTON MUTUAL         UNSECURED        NOT FILED             .00             .00
ZALUTSKY & PINSKI         UNSECURED         1175.00              .00             .00
DRIVE FINANCIAL SERVICES  UNSECURED         1488.75              .00             .00
AMERICASH LOANS LLC       UNSECURED          306.50              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,493.00                           716.14

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16503 RENEE WALL
```

```
TOM VAUGHN                 TRUSTEE                                    122.27
DEBTOR REFUND              REFUND                                        .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,008.00

PRIORITY                                            .00
SECURED                                        1,025.88
    INTEREST                                     143.71
UNSECURED                                           .00
ADMINISTRATIVE                                   716.14
TRUSTEE COMPENSATION                             122.27
DEBTOR REFUND                                       .00
                         ---------------  ---------------
TOTALS                    2,008.00            2,008.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/05/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE